# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

LUIS M. MUNUZURI-HARRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0355

———————————————

June 17, 2026

Appeal from the Circuit Court for Hillsborough County; Thomas N. Palermo, Judge.

Luis M. Munuzuri-Harris, pro se.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.